

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00225-CV

---

In re Alejandro Hernandez, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## SUBSTITUTED JUDGMENT

The judgment of the Court issued October 24, 2025, is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Judge Sue Kurita, Judge of County Court at Law No. 1 of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 8th day of December 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.